[No. 36939-3-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY
DEE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01214-7, Carmen Otero, J., entered July
3, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37334-0-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVAUN
L. HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-03319-1, Michael Spearman, J., entered
September 18, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 38439-2-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ABEIL
ATANAW WASIE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-00271-4, Anthony P. Wartnik, J., entered
March 21, 1996. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Becker and Cox, JJ.

[No. 38453-8-I.    Division One.    April 14, 1997.]

JACK MCCANN COMPANY, INC., *Appellant*, v. TOM
JAYCOX, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-03295-8, Jeanette R. Burrage, J., entered
March 8, 1996. *Remanded* by unpublished per curiam
opinion.